## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Norfleet, Glen | Case Number: 08 B 03527 |
| Norfleet, Carolyn | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 2/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 3, 2009
Confirmed: April 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,775.00 | |
| Secured: | | 1,265.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,264.17 |
| Trustee Fee: | | 245.83 |
| Other Funds: | | 0.00 |
| Totals: | 3,775.00 | 3,775.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,499.00 | 2,264.17 |
| 2. | Chrysler Financial Services Americas LLC | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 1,836.00 | 165.00 |
| 6. | Americredit Financial Ser Inc | Secured | 7,106.81 | 1,100.00 |
| 7. | Ocwen Federal Bank FSB | Secured | 2,091.89 | 0.00 |
| 8. | Americredit Financial Ser Inc | Unsecured | 119.84 | 0.00 |
| 9. | Capital One | Unsecured | 601.06 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 740.00 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 3,983.02 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 263.39 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 174.27 | 0.00 |
| 14. | Cook County Treasurer | Unsecured | 4.17 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 87.00 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 102.84 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 547.51 | 0.00 |
| 18. | Pharia LLC | Unsecured | 1,087.70 | 0.00 |
| 19. | AFNI | Unsecured | | No Claim Filed |
| | | | $ 22,244.50 | $ 3,529.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Norfleet, Glen | Case Number: 08 B 03527 |
| Norfleet, Carolyn | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 2/15/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 6.57 |
| 6.5% | 120.46 |
| 6.6% | 118.80 |
| | $ 245.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*